# Cover Page

**October 10, 2023**

FILED
OCT 10 2023
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF OHIO
CLEVELAND

Docket No. **1:23 CV 01975**

United States Postal Money Order #: 28847239751

PACSES case #: 327109683
Docket #: 03272SA 2007

PACSES case #: 845111368
Docket #: 01091S 2009

**JUDGE BRENNAN**

**MAG. JUDGE GREENBERG**

<u>Notice: This is not a Civil Lawsuit or a Complaint, this is a Claim</u>

Court name: clarence robert rankin court

Building name: United States District Court Northern District of Ohio
Carl B. Stokes U.S. Court House

Court Room # _____

Address: 801 West Superior Avenue

City: Cleveland, Ohio Postal/Zip: [44113]

clarence robert rankin [claim presser]

woman and man claim is against [wrongdoers]:
the man: **Josh Shapiro**; the man: **Xavior Becerra**; the woman: **Kilolo Kijakazi**; the man: **Tanguler Gray**; the woman: **Kristi A. Grimm**; the man: **Todd R. Platts**; the man: **N. Christopher Menges**; the woman: **Maria Musti Cook**; the man: **Richard P. Keuerleber**; the man: **Jeffrey C. Marshall**; the woman: **Terresa K. Gross**; the man: **Brian Root**; the woman: **Brandy A. Carr**; the woman: **Angie N. Keller**;

Page(s) 2 of 49

## Court Document Index

**October 10, 2023**

Page(s) 1: claim cover sheet

Page(s) 1: court document index

Page(s) 1: notice of requirement of court

Page(s) 1: statement of claim

Page(s) 2 statement of fact

Page(s) 2 summary of details

Page(s) 2: Exhibit A

Page(s) 2: Exhibit B

Page(s) 1: Exhibit C1

Page(s) 1: Exhibit C2

Page(s) 2: Exhibit D1

Page(s) 2: Exhibit D2

Page(s) 1: Exhibit E

Page(s) 1: Exhibit F

Page(s) 1: Exhibit G

Page(s) 1: Exhibit H

Page(s) 1: Exhibit I

Page(s) 1: Exhibit J

Page(s) 1: Exhibit K

Page(s) 6: Exhibit L (1)(2)(3)(4)(5)(6)

Page(s) 15: Exhibit M1, M2, M3, M4, M5, M6, M7, M8, M9, M10, M11, M12, M13, M14, M15,

Page(s) 2: rules of the court

Page(s) 2: notice of summons

Page(s) 1: court order

i, say here and will verify at open court all and here to be true;

## Notice Requirement of Court

**October 10, 2023**

greetings, to the woman: Sandy Opacich; who at times acts as Clerk of Court for the United States District Court, Northern District of Ohio, Cleveland;

i: a man: clarence robert rankin, require a court room to seek remedy in honor in the York County courthouse, York County Judicial Center for the York County Domestic Relations Section and those of mankind; to press a claim of trespass against all wrongdoers that i, did name in the cover page of this claim;

i, a man: clarence robert rankin, says, it comes time when those of mankind from a society not of my own do trespass on the rights of i, so comes time of i, to come forward as a man present in honor to seek remedy by opening a case to press this claim of trespass between a man and woman, of mankind whom i, believe have done trespass to i; i, say, after many attempts to keep this private with the wrongdoers and to live as a man with rights, i, say no remedy has been provided, instead only more trespass; this has led i to require a court of record, to press a claim of trespass before a magistrate, competent at property and trespass law, to oversee court proceedings to ensure i, have followed due process of law, have a lawful claim that is verifiable, and if so, to put forth the orders of the clarence robert rankin Court; so that compensation for said trespass upon i, is achieved;

i believe there are many types of Courts on the soil of this land under various statutes, codes, acts, rules, regulations, ordinances, policies, and procedures; however, none of these operate under law; so, to be crystal clear, i, will not be appearing, representing, or diminish the status of i as a man, to any other titles such as pro se litigant, citizen, plaintiff, defendant, sovereign citizen, juristic person, individual, client, trustee, beneficiary, legal entity, Mr., Sir, executor, and or prosecutor;

i, now give fair notice, i, will be present as a man to press a claim; i, require a room with a magistrate to move this claim through a Court of Record under oath, there to testify with the facts to support claims of trespass beginning in the year of 2007 and 2009 to present; i, say **any changes to this claim will be seen as a trespass upon the rights of i**, and i will seek compensation by trial by jury, in an sum of Ten Million USD $10,000,000.00 Dollars, plus One Dollar per second each trespass upon i, continues; as this would be a most grievous trespass;

i, require time and court stamp two original copies of the claim, the court is to keep one original copy and return the other to i; as the court and all wrongdoers have just been properly served;

i, will declare at open court to seek the restoration and immediate return of all property to its original state, and seek compensation for the continued trespass upon the property of i; and i, now call upon the man and woman who at times acts as officers of the court to perform their duties with honor;

if you have any question or concerns, you can contact i by mail or email;

by: *:Clarence: rankin, a man*
clarence robert rankin;
General Delivery
2400 Orange Avenue
Cleveland, Ohio [44101]
cranman34@yahoo.com
717-740-7426

*according to Black's Law Dictionary, the least serious offense is "a wrongdoing", next is "a wrong", with the most serious offense being "a trespass". Each man or woman needs to decide for themself which category of offense is appropriate for their claim.

## Statement of Claim

October 10, 2023

i, a man: clarence robert rankin, state this claim of i, as follows:

1) i, claim that the wrongdoers named is this claim did trespass upon i by way of debt;

2) i, claim trespass by way of unlawful detainment:

3) i, claim trespass by way of barratry;

4) i, claim trespass by way of unlawful detention

5) i, claim trespass by way of fraud;

6) i, claim trespass by way of damage;

7) i, claim that the trespass commence in the years of 2007 and 2009;

8) i, claim the trespass continues to this day;

i, a man: state all herein to be true and will verify at open court;

by: :clarence;rankin; a man
clarence robert rankin;
General Delivery
2400 Orange Avenue
Cleveland, Ohio [44101]

## Statement of Fact

**October 10, 2023**

1) i, a man: clarence rankin, state the facts as follows with exhibits A thru M as evidence:

2) i, state, i, was confined without a verifiable claim;

3) i, state that i did get put into unlawful detention on or about March 22, 2021;

4) i, state, i, was confined for 88 days in the York County Prison without a verifiable claim;

5) i state, that the wrongdoers did compel i, to an administrative hearing, without a verifiable claim against i;

6) i, state, i, was kidnapped by the York County Sheriff's Department on or about March 22, 2021;

7) i, state, that all wrongdoers failed to state a verifiable claim at a competent court of law against i;

8) i, state, that the private information of i, was used against the consent of i;

10) i, state, that the wrongdoers of those who represent the agencies for the federal and local government, did conspire with Brandy A. Carr and Angie N. Keller to gain an unjust enrichment from the property of i;

11) i, state, as a result of the trespass against the property of i, by all wrongdoers; the status of i, has been lowered to that of an indigent;

13) i, state, that the Domestic Relations Section is not a qualified debt collector;

14) i, state, that clarence robert rankin never received anything for equal value in exchange for the financial consideration rendered by way of an alleged debt;

15) i, state, that clarence robert rankin, never received a trial by jury for the alleged crime of contempt of court;

16) i, state, that clarence robert rankin, was obligated to perform involuntary to an invisible contract for the benefit and enrichment of the Title IV-D administrative program; without full disclosure and compelled association;

17) i, state, i, did attempt to press a claim of trespass against the wrongdoers; and did send three original copies to the York County Judicial Center Pennsylvania, York County Prothonotary Office, Clerk of Prothonotary Allison Blew, on September 11, 2023 at 12:32 pm; certified mail receipt number 70212720000289555423;

18) i, state, i, did attempt to resolve this matter privately and publicly by way of documents via certified mail and registered mail; see exhibits M1, M2, M3, M4, M5, M6, M7, M8, M9, M10, M11, M12, M13, M14, M15;

19) i, state, i, did send notices to wrongdoers concerning the unauthorized use of the trademark of the business name; see exhibits **L1 thru L6**;

20) i, state, that pursuant to the mailbox rule/postal rule, an offer is considered accepted the moment the offeree mails their letter, rather than when the offeror receives the letter in the mail;

21) i, state, this claim meets all requirements of a claim that is lawful;

i, state all herein to be true and will verify at open court;

by: :Clarence; rankin; a man
clarence robert rankin;
General Delivery
2400 Orange Avenue
Cleveland, Ohio [44101]
cranman34@yahoo.com
717-740-7426

## Summary of Details of Incident

October 10, 2023

i, state that on December 19, 2007; Docket Number 03272 SA 2007; the woman: Brandy Alexandria. Carr; did file a new complaint for Support Notice to create a debt to defraud i, of property; and did use the personal information of i; and did conspire to enter into an agreement with the Title IV-D of the Social Security Act, York County Domestic Relations Section, York, Pennsylvania and their associates; and did commit a breach of privacy, misrepresentation of fact, and perjury against i, to gain unjust enrichment for Brandy Carr, United States Department of Health and Human Services, Administration for Children and Families Office of Child Support, Office of Inspector General for the United States Department of Health and Human Services, the Court of Common Pleas, and the Domestic Relations Section of York County, to diminish i to that of a pa-rent, obligor, and payor; without an injury to the body, injury to property, breach of agreement, jurisdiction, or the consent of i; i, present evidence as **exhibit A;**

i, state that on December 21, 2009; Docket Number 01091 S 2009; the woman: Angie Nicole. Keller; did file a new complaint for Support to create a debt to defraud i, of property; and did use the personal information of i; and did conspire to enter into an agreement with the Title IV-D of the Social Security Act, Cumberland County Domestic Relations Section, Carlisle, Pennsylvania; and did commit a breach of privacy, misrepresentation of fact, and perjury against i, to gain unjust enrichment for Angie Keller, United States Department of Health and Human Services, Administration for Children and Families Office of Child Support, Office of Inspector General for the United States Department of Health and Human Services, the Court of Common Pleas and the Domestic Relations Section of York County, to diminish i, to that of a pa-rent, obligor, and payor; ; without an injury to the body, injury to property, breach of agreement, jurisdiction, or the consent of i; i, present evidence as **exhibit B**;

i, did receive unlawful unsolicited summons Order of Court for alleged violations of disobeyed order of court for support, legal proceedings from the Court of Common Pleas, York County Domestic Relations Section on behalf of the woman: Brand A. Carr; the woman Angie N. Keller; as Plaintiff; ; without an injury to the body, injury to property, breach of agreement, jurisdiction, or the consent of i; i, present evidence as **exhibit C**;

i, did receive unlawful unsolicited summons for Bench Warrants Order March 24, 2021 and December 21, 2022, from the York County Domestic Relations Section on behalf of the woman: Brandy A. Carr; the woman: Angie N. Keller, as Plaintiff; ; without an injury to the body, injury to property, breach of agreement, jurisdiction, or the consent of i; i, present evidence as **exhibit D1 and D2**;

i, did receive unlawful unsolicited summons letters for Sentencing Order April 21, 2021 to be confined at the York County Prison, on behalf of the York County Domestic Relations Section, the York County Sheriff's Department and the woman: Brandy A. Carr; the woman: Angie N. Keller, as Plaintiffs; without an injury to the body, injury to property, breach of agreement, jurisdiction, or the consent of i; i, present evidence as **exhibit E**;

i, state, that on or approximately March 22, 2021, i, the man: clarence robert rankin, was kidnapped and detained by York County Sheriff's Department Deputies for a Child Support Non-Financial Obligation Bench Warrant issued from the York County Court of Common Pleas, the office of York County Domestic Relations Section for contempt of court and was transported to the York County Prison for the confinement and duration of eighty-eighty days (88), and was released on June 17, 2021; see Sentencing Order and Bench Warrant(s) **Exhibits D1, D2, and E**; without an injury to the body, injury to property, breach of agreement, jurisdiction, or the consent of i;

i, did receive unlawful unsolicited Order to freeze the Thrift Savings Plan Account (TSP) of i, on March 22, 2022 signed by Judge Maria Musti Cook for the sum of $12,176.96 which was satisfied; from the York County Domestic Relations Section and the York County Court of Common Pleas on behalf of the woman: Brandy A. Carr; the woman: Angie N. Keller, as Plaintiffs; without an injury to the body, injury to property, breach of agreement, jurisdiction, or the consent of i;; i, present evidence as **exhibit F**;

i, did receive unlawful unsolicited Proposed Schedule of Distribution on April 03, 2023, from the York County Court of Common Pleas and the York County Domestic Relations Section related to Case # 9289101912 for the collection of child support payments in the sum of $1,217.70 which was satisfied, on behalf of the woman: Brandy

A. Carr; the woman: Angie N. Keller, as Plaintiffs; without an injury to the body, injury to property, breach of agreement, jurisdiction, or the consent of i; i, present evidence as **exhibit G**;

i, did receive unlawful unsolicited Order of Court, Interim on December 08, 2010, from the Court of Common Pleas of Cumberland County, Pennsylvania, Domestic Relations Section, for an AFDC alleged medical support debt of $9373.56 which was satisfied; on behalf of the woman: Angie N. Keller, as Plaintiff; without an injury to the body, injury to property, breach of agreement, jurisdiction, or the consent of i; i, present evidence as **exhibit H**;

i, a man: clarence robert rankin; state that the wrongdoers did fail to provide and secure consent, and authorization from the Social Security Administration forms for the release of the Social Insurance Number of i, and related information; i, present evidence as **exhibit I and J**;

i, state, i, did attempt to press a claim of trespass against the wrongdoers; and did send via USPS three original copies to the York County Judicial Center, York Pennsylvania, York County Prothonotary Office, Clerk of Prothonotary Allison Blew, on September 07, 2023, at 2:05 pm; and did arrive on September 11, 2023 at 12:32 pm; certified mail receipt number 70212720000289555423 i, present evidence as **exhibit K;**

i, a man: did mail out notices of the unauthorized use of the business trademark name; see **exhibit L 1 thru 6**, wrongdoers did not respond and continue to use the mark without my consent;

i, a man: did attempt to attempt to resolve this matter privately and publicly by way of documents via certified mail and registered mail commencing in the year of 2017**; see exhibits M** 1 thru 15;

i, a man: clarence robert rankin; state that the wrongdoers did fail to bring forth and state a lawful verifiable claim upon which relief can be granted;

i, a man: clarence robert rankin; press this claim at this time so you understand the intent of i, to bring you a court at law, to bring forth a remedy, and not for revenge; to allow each man and woman to present a claim that is true; and if the man or woman claim is not true, i now consider it a trespass upon the property of i; without an injury to the body, injury to property, breach of agreement, jurisdiction, or the consent of i; by the conclusion of law before this court with a magistrate;

i, say here and will verify at open court all and here to be true;


by: _:clarence: rankin; a man_
clarence robert rankin;
General Delivery
2400 Orange Avenue
Cleveland, Ohio [44101]
cranman34@yahoo.com
717-740-7426