# U.S. District Court
# NORTHERN DISTRICT OF OHIO (Cleveland)
# CIVIL DOCKET FOR CASE #: 1:23−cv−01975−BMB

Rankin v. Shapiro et al.
Assigned to: Judge Bridget Meehan Brennan
Cause: 42:1983 Prisoner Civil Rights

Date Filed: 10/10/2023
Date Terminated: 11/08/2023
Jury Demand: Plaintiff
Nature of Suit: 550 Prisoner: Civil Rights
Jurisdiction: Federal Question

**Plaintiff**

**Clarence Robert Rankin**  represented by  **Clarence Robert Rankin**
2400 Orange Avenue
Cleveland, OH 44101
717−740−7426
Email:
PRO SE

V.

**Defendant**

**Josh Shapiro**

**Defendant**

**Xavior Becerra**

**Defendant**

**Kilolo Kijakazi**

**Defendant**

**Tanguler Gray**

**Defendant**

**Kristi A. Grimm**

**Defendant**

**Todd R. Platts**

**Defendant**

**N. Christopher Menges**

**Defendant**

**Maria Musti Cook**

**Defendant**

**Richard P. Keuerleber**

**Defendant**

**Jeffrey C. Marshall**

**Defendant**

**Terresa K. Gross**

**Defendant**

**Brian Root**

**Defendant**

**Brandy A. Carr**

**Defendant**

**Angie N. Keller**

Email All Attorneys
Email All Attorneys and Additional Recipients

| Date Filed | # | Docket Text |
|---|---|---|
| 10/10/2023 | Ï 1 | **Claim** with jury demand against Xavior Becerra, Brandy A. Carr, Maria Musti Cook, Tanguler Gray, Kristi A. Grimm, Terresa K. Gross, Angie N. Keller, Richard P. Keuerleber, Kilolo Kijakazi, Jeffrey C. Marshall, N. Christopher Menges, Todd R. Platts, Brian Root, Josh Shapiro. Filing fee $402.00 paid, receipt # 147947. Filed by Clarence Robert Rankin. (Attachments: # 1 Rules of Court, # 2 Notice of Summons, # 3 Proposed Court Orders, # 4 Notice of Service, # 5 Exhibit A–Complaint for Support, # 6 Exhibit B–Complaint for Support, # 7 Exhibit C1–Order of Court from York County, PA Domestic Relations Section, # 8 Exhibit C2–Order of Court from York County, PA Domestic Relations Section, # 9 Exhibit D1–Domestic Relations Bench Warrant Order, # 10 Exhibit D2–Bench Warrant, # 11 Exhibit E–Sentencing Order, # 12 Exhibit F–Order to Freeze Thrift Savings Plan Accounts, # 13 Exhibit G–Proposed Schedule of Distribution, # 14 Exhibit H–Order of Court from Cumberland County PA Domestic Relations, # 15 Exhibit I–Social Security Number Verification, # 16 Exhibit J–Consent for Release of Information, # 17 Exhibit K–USPS Tracking, # 18 Exhibit K2–USPS Tracking, # 19 Exhibit L–Pennsylvania Department of State trademark registration, # 20 Certified Mail Receipts, # 21 Civil Cover Sheet) (F,AW) (Entered: 10/10/2023) |
| 10/10/2023 | Ï | Judge Bridget Meehan Brennan assigned to case. (F,AW) (Entered: 10/10/2023) |
| 10/10/2023 | Ï | Random Assignment of Magistrate Judge pursuant to Local Rule 3.1. In the event of a referral, case will be assigned to Magistrate Judge Jonathan D. Greenberg. (F,AW) (Entered: 10/10/2023) |
| 10/10/2023 | Ï 2 | Magistrate Consent Form issued. No summons were provided, no summons were issued. (F,AW) (Entered: 10/10/2023) |
| 10/16/2023 | Ï 3 | Notice of Rejection to Relinquish Jurisdiction with Exhibits in Support filed by Clarence Robert Rankin. (Mc,K) (Entered: 10/17/2023) |
| 10/26/2023 | Ï 4 | Notice filed by Clarence Robert Rankin. (Mc,K) (Entered: 10/26/2023) |
| 10/31/2023 | Ï 5 | Notice of Mistake with attached exhibits in support filed by Clarence Robert Rankin (Mc,K). Modified on 11/3/2023 to note, exhibit 1 & 2 (Docket Sheet) filed as part of main document (H,SP). (Entered: 10/31/2023) |

| 11/08/2023 | 6 | **Order of Transfer:** For the reasons stated herein, this case is transferred to the United States District Court for the Middle District of Pennsylvania. Judge Bridget Meehan Brennan on 11/8/2023. (H,AR) (Entered: 11/08/2023) |
|---|---|---|
| 11/08/2023 | | Copy of Order of Transfer (Doc. No. 6 ) mailed to Clarence Robert Rankin, 2400 Orange Avenue, Cleveland, OH 44101 on 11/8/2023. (H,AR) (Entered: 11/08/2023) |