IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **CLARENCE ROBERT RANKIN,** | : | CIVIL ACTION NO. 1:23-CV-1859 |
| | : | |
| **Plaintiff** | : | (Judge Conner) |
| | : | |
| v. | : | |
| | : | |
| **JOSH SHAPIRO**, *et al.*, | : | |
| | : | |
| **Defendants** | : | |

## **ORDER**

AND NOW, this 21st day of February, 2024, upon consideration of the report (Doc. 10) of Magistrate Judge William I. Arbuckle, wherein Judge Arbuckle recommends that the court dismiss *pro se* plaintiff Clarence Rankin's "claim" (Doc. 1) and close his case pursuant to Rule 41(b) of the Federal Rule of Civil Procedures for failure to abide by a court order requiring Rankin to file a complaint, (see Doc. 10 at 2-6 (setting forth procedural history and explaining Rankin's refusal to file a complaint unless, *inter alia*, the court pays him "$2,500.00 per order and $2.00 per minute" (quoting Doc. 9 at 1))), and the court noting that no objections have been filed to date, see FED. R. CIV. P. 72(b)(2), and further noting that failure of a party to timely object to a magistrate judge's conclusions "may result in forfeiture of *de novo* review at the district court level," Nara v. Frank, 488 F.3d 187, 194 (3d Cir. 2007) (citing Henderson v. Carlson, 812 F.2d 874, 878-79 (3d Cir. 1987)), but that, as a matter of good practice, a district court should afford "reasoned consideration" to the uncontested portions of the report, E.E.O.C. v. City of Long Branch, 866 F.3d 93, 100 (3d Cir. 2017) (quoting Henderson, 812 F.2d at 879),

in order to "satisfy itself that there is no clear error on the face of the record," FED. R. CIV. P. 72(b), advisory committee notes, and, following an independent review of the record, the court agreeing with Judge Arbuckle's analysis and recommendation, and concluding there is no clear error on the face of the record, it is hereby ORDERED that:

1. Magistrate Judge Arbuckle's report (Doc. 10) is ADOPTED.

2. Rankin's "claim" (Doc. 1) is DISMISSED without prejudice pursuant to Rule 41(b) of the Federal Rules of Civil Procedure for failure to comply with Magistrate Judge Arbuckle's order to file a complaint.

3. The Clerk of Court shall CLOSE this case.

        /S/ CHRISTOPHER C. CONNER
        Christopher C. Conner
        United States District Judge
        Middle District of Pennsylvania